UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY MCLEAN, on behalf of herself and all
others similarly situated,

Plaintiff,

-against-

PRETTYLITTLETHING.COM USA INC.
d/b/a PRETTYLITTLETHING,

Defendant.

Case No. 1:26-cv-04518 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 22, 2026, upon receiving a request for an extension of the deadline to answer or otherwise respond to the complaint, *see* Dkt. 8, the Court directed Plaintiff "to file proof of service on the docket forthwith, and no later than June 24, 2026," as mandated by Federal Rule of Civil Procedure ("Rule") 4(*l*)(1).  Dkt. 9 at 1; *see also* Fed. R. Civ. P. 4(1)(*l*) ("Unless service is waived, proof of service must be made to the court . . . by the server's affidavit.").  That deadline has passed with Plaintiff having not filed the required submission.

The Court expects Plaintiff to comply with the Rules and the Court's orders.  Accordingly, Plaintiff is again ORDERED to file proof of service on the docket, which must be done by **July 6, 2026**.  The parties are likewise reminded of their obligations under the Court's June 1, 2026, order, *see* Dkt. 6.  Failure to abide by the Court's orders may result in the Court taking appropriate next steps.  *See, e.g.*, Fed. R. Civ. P. 41(b) (noting that action may be dismissed "[i]f the plaintiff fails . . . to comply with the[] [R]ules or a court order").

Dated: June 25, 2026
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge