Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

***Via ECF***

August 13, 2026

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **McLean v. PrettyLittleThing.com USA, Inc.**
**Case No. 1:26-cv-04518-JLR**

Dear Judge Rochon:

We write on behalf of the parties to respectfully request an adjournment of the conference currently scheduled for August 27, 2026, and the parties' related letter currently due on August 17, 2026.

The parties are actively working to resolve this matter and believe that additional time may allow them to avoid unnecessary motion practice and conserve judicial resources. Accordingly, the parties respectfully request that the August 27 conference and August 17 letter deadline be adjourned to a date in late September convenient for the Court.

This is the parties' first request for an adjournment of these deadlines. The requested adjournment will not affect any other scheduled dates.

We thank the Court for its consideration.

Respectfully submitted,
*/s/ Robert Schonfeld*
Robert L. Schonfeld, Esq.

cc: All counsel of record, via ECF

Request GRANTED. The remote initial pretrial conference previously scheduled for August 27, 2026 is adjourned to **October 1, 2026, at 10:30 a.m.** As a reminder, in accordance with Paragraph 2.D of the Court's Individual Rules and Practices, the parties must file on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **ten calendar days before** the conference date. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided.

**SO ORDERED.**

Dated: August 13, 2026
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**